STATE OF NEW JERSEY v. KENNETH WASHINGTON.

October 1, 1974. Petition for certification denied.

JOHN J. F. MC CORMICK v. CITY OF TRENTON.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID H. KELLY.

October 1, 1974. Petition for certification denied.

MARIA LUISA COTTO v. BOROUGH OF CARLSTADT.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LAND.

October 1, 1974. Petition for certification denied.